[No. 33811-4-II. Division Two. August 1, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. MACKENZIE FAYE JONES, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 05-1-00478-2, Gary Tabor, J., entered September 16, 2005. *Reversed* by unpublished opinion per Hunt, J., concurred in by Houghton and Bridgewater, JJ.

[No. 33947-1-II. Division Two. August 1, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT LEE ORANGE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 05-1-03820-1, Thomas Felnagle, J., entered October 14, 2005. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Houghton and Bridgewater, JJ.

[No. 20927-0-III. Division Three. August 1, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. OCTAVIO GONZALES FLORES, *Appellant*.

Appeal from a judgment of the Superior Court for Okanogan County, No. 01-1-00276-5, Jack Burchard, J., entered February 27, 2002. *Affirmed* by unpublished opinion per Kato, J., concurred in by Sweeney, C.J., and Kulik, J.

[No. 23488-6-III. Division Three. August 1, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. DENNIS LEE CAMPBELL, *Appellant*.

Appeal from a judgment of the Superior Court for Chelan County, No. 04-1-00284-3, John E. Bridges, J., entered October 19, 2004. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Schultheis, A.C.J., and Brown, J.